UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| DAWN GRIEVES | ) | |
|     Plaintiff | ) | |
| | ) | Civil Action No.: 08-665 |
| v. | ) | |
| | ) | |
| NEBRASKA BEEF, LTD. | ) | |
|     Defendant | ) | |
| | ) | |

**NOTICE OF DISMISSAL OF PLAINTIFF'S COMPLAINT**

To: Alan Maxwell, attorney for Defendant Nebraska Beef. Ltd.

You are hereby notified that Plaintiff Dawn Grieves, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) hereby dismisses her Complaint against Defendant Nebraska Beef, Ltd. without prejudice, no answer or motion for summary judgment having been served.

Dated September 4, 2008.

                                                s/  Nicholas E. Phillips
                                                Nicholas E. Phillips, Esq.
                                                7530 Lucerne Drive, Suite 200
                                                Middleburg Heights, Ohio 44130
                                                Tel.:  (440) 243-2800
                                                Fax:  (440) 243-2852
                                                Email:  nphillips@pmlawyers.com
                                                Ohio Bar Registration No.:  0010207
                                                Attorney for Plaintiff


                                                _____
                                                William D. Marler, Esq.
                                                Marler Clark LLP, Esq.
                                                701 Fifth Avenue, 6600
                                                Seattle, WA 98104
                                                Tel.:  (206) 346-1888
                                                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that, on September 4, 2008, a copy of the foregoing Motion was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

    s/ Nicholas E. Phillips
Nicholas E. Phillips, Esq.
7530 Lucerne Drive, Suite 200
Middleburg Heights, Ohio 44130
Tel. No. (440) 243-2800
Fax No. (440) 243-2852
E-mail: nphillips@pmlawyers.com
Ohio Bar Registration No. 0010207
Attorney for Plaintiff

SLIDO04J.W6